FILED

08/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0214

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0214

| | |
|---|---|
| CRAIG TRACTS HOMEOWNERS' ASSOCIATION, INC., TARA J. CHAPMAN & MATTHEW B. LOSEY, DONALD C. and BEVERLY A. FRIEND, ROBERT J. & ANDREA E. MARICHICH FAMILY TRUST, MICHKELSON INVESTMENTS, LLC, SALLIE A. LOSEY, HEMINGWAY PATRICK & CAROL T. REVOCABLE LIVING TRUST, | **ORDER FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF ON BEHALF OF STEVEN AND GAYLE MUGGLI** |
| Plaintiffs and Appellants, | |
| -vs- | |
| BROWN DRAKE, LLC, | |
| Defendant and Appellee. | |

Upon motion of Steven and Gayle Muggli (the "Mugglis"), and for good cause showing,

**IT IS HEREBY ORDERED** that the Mugglis' Motion for Leave to File *Amicus Curiae* Brief is granted. The Mugglis' *amicus* brief shall be filed no later than 30 days after any *amicus* briefs filed in support of Appellant are filed.

The Clerk is directed to provide notice of this Order to all counsel of record in this matter.

**DATED** this _____ day of August, 2020.

            _____

            CHIEF JUSTICE

            _____

            _____

            _____

            _____

            _____

            _____

            Justices

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 20 2020